1 | PETER M. HUGHES, ESQ. (State Bar No. 134944)
2 | PATRICK W. BERRY, ESQ. (State Bar No. 281766)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3 | 655 West Broadway, Suite 900
4 | San Diego, CA 92101-8484
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
5 | Email: peter.hughes@wilsonelser.com
Email: patrick.berry@wilsonelser.com
6 |
7 | Attorneys for Certain Interested Underwriters at Lloyd's, London

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, | Case No.: |
| | **COMPLAINT FOR:** |
| Plaintiff, | 1) **BREACH OF CARRIAGE OF GOODS BY SEA ACT (46. U.S.C. § 30701,** *et seq.***)** |
| vs. | 2) **BREACH OF CONTRACT** |
| | 3) **NEGLIGENCE** |
| NYK LINE (NORTH AMERICA), INC. and DOES 1 to 100, | 4) **DECLARATORY RELIEF** |
| Defendants. | |

Plaintiff Certain Interested Underwriters at Lloyd's, London ("Underwriters"), by and through its attorneys Wilson, Elser, Moskowitz, Edelman & Dicker LLP, allege for its Complaint herein:

## **PARTIES**

1. Underwriters are insurance syndicates which are domiciled in London, England. Underwriters subscribe to Policy No. JY753013D issued to YS Garments, Inc. dba Next Level Apparel who is located in Gardena, California.

2. Defendant NYK is incorporated under the laws of the State of Delaware with its principal place of business located in Secaucus, New Jersey. At all times relevant to this dispute, NYK was and is authorized to do business in California.

1

## JURISDICTION

3. This Court has jurisdiction over this Admiralty and Maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 1333.

## VENUE

4. Pursuant to 28 U.S.C. 1391, venue is proper for this matter because a substantial portion of the events giving rise to this action occurred in this District. Defendant NYK delivered the container shipments to the Port of Los Angeles, and offloaded within the Yusen Terminal in Harbor City, California. The containers were then transported and delivered to Next Level at its place of business in Gardena, California. The damage to the merchandise was discovered and incurred in Gardena, California. The witnesses to the damage, investigation of the damage to the merchandise and testing of the damage to the merchandise including saltwater and mold spores, foulage, and the amount and nature of the damages incurred and paid are located in this District.

## GENERAL ALLEGATIONS

5. Underwriters' insured Next Level placed several "Orders" with manufacturer/supplier NCT, S.A. - Managua, Nicaragua ("NCT") for various t-shirts/tops. The "Terms of Sale" were FOB Origin.

6. In late November/early December 2013, NCT completed the "Orders", and Next Level secured the Freight Agent services of CAF Worldwide, Inc. ("CAF"), for pick-up and delivery assistance.

7. The completed "Orders" required 15 Container units, and for completion of this endeavor, CAF secured the Carrier services of NYK Lines c/o NICA Transport.

8. Underwriters are informed and believe and on that basis allege each individual t-shirt, top, and/or garment were packaged, sealed and wrapped. The

individual packaged, sealed and wrapped garments were then placed in cartons. The cartons were then placed in shipping containers.

9. Thereafter, said Containers were delivered to NCT for loading of the goods. This included Container No's. NYKU4043191 and NYKU4810457.

10. Subsequent to the NCT loading activities, Seal No. N1S00001543 was attached to Container No. NYKU4043191, and Seal No. NIS00001705 was attached to Container No. NYKU4810457.

11. On an unknown date, the loaded, sealed containers were conveyed to the Port of Corinto – Nicaragua, and on December 18, 2013, they were "Laden On Board" the Vessel "Ena", Voyage No. 113W, owned and operated by Defendant NYK.

12. On or about January 2, 2014, the Container shipments were delivered to the Port of Los Angeles, and offloaded within the Yusen Terminal in Harbor City, California.

13. On January 8, 2014, Container No. NYKU4043191 was obtained and delivered to Next Level. At the time of delivery, there was no evidence of exterior damage. However, when the Container doors were opened, Next Level discovered what appeared to be damage to the lower rows of merchandise. The damage extended back several rows, and there was a strong, foul odor.

14. Given this, Next Level refrained from completing their off-loading activities, and alerted their insurance broker.

15. On January 9, 2014, Container No. NYKU4810457 was obtained and delivered to Next Level. Once again, there was no evidence of exterior damage. However, when the Container doors were opened, Next Level discovered what appeared to be damage to the base level cartons.

16. Due to the insured's report of property damage to all or portions of the merchandise, Underwriters engaged consultants to determine the extent, cost, cause

and amount of the damage and any potential salvage. It was later discovered that the cause of the damage was sea water intrusion.

17. Ensuing investigations disclosed the first 2-3 levels of merchandise within each Container unit had sustained direct water damage, and the balance of the shipments may have been exposed to mold spores.

18. NYK failed to properly secure the shipping containers from water damage and/or failed to protect and avoid damage to Next Level's merchandise within the containers, resulting in damage to Next Level's merchandise.

19. Next Level claimed that as a result of the water damage to its merchandise, it sustained damages that were covered under its Open Cargo Stock Throughput insurance policy with Underwriters. Next Level's damages consist of, *inter alia*, destruction of thousands of units of merchandise due to water damages, moisture damages and mold damages.

20. Underwriters determined that Next Level's claim was covered by its Open Cargo Stock Throughput insurance policy and suffered damages in the amount of $122,310.93.

21. Underwriters' third party administrator, McLarens Global Claims Services, issued a letter dated February 9, 2015 to NYK Line's Claims Department putting NYK on notice of the total amount of damages which NYK had caused to Next Level's merchandise.

22. As a result of the payments made to and incurred on behalf of its insured Next Level for the subject damage, Underwriters are legally, equitably and contractually subrogated to the rights of its insured to the extent of Underwriters payments.

## FIRST CLAIM

**(Carriage of Goods by Sea Act)**

23. Underwriters adopts and incorporates by reference Paragraphs 1-22.

/ / /

24. NCT tendered the cargo to NYK Line on or about December 17, 2013 for receipt by Next Level in good order and condition as evidenced by Sea Waybill No. NYKS7300139082 for container NYKU4043191 and Sea Waybill No. NYKS7300139080 for container NYKU4810457 (*see* Exhibit A) and by Bill of Lading No. NT-AG-2013-331 for Sea Waybill No. NYKS7300139082 and Bill of Lading No. NT-AG-2013-329 for Sea Waybill No. NYKS7300139080. (*See* Exhibit B.)

25. NYK Line failed to make delivery of the shipment in good order and condition in accordance with the terms and conditions of the bill of lading and the sea waybill and the United States Carriage of Goods by Sea Act, 46. U.S.C. § 30701, *et seq.*

26. Underwriters suffered economic damages in the amount of $122,310.93 as a direct result of NYK Line's failure to make delivery of the cargo undamaged.

## SECOND CLAIM
### (Breach of Contract)

27. Underwriters adopts and incorporates by reference Paragraphs 1-26.

28. Underwriters, as subrogee of insured Next Level, the express beneficiary of the contract with NYK, is entitled to assert cargo loss/damage claims against NYK.

29. NYK breached its contract with Next Level because NYK failed to make delivery in accordance with its terms and conditions.

30. NYK's breach caused Underwriters to incur economic damages which it is entitled to recover from NYK.

## THIRD CLAIM
### (Negligence)

31. Underwriters adopts and incorporates by reference Paragraphs 1-30.

32. As the shipper, NYK had a duty to Next Level to deliver its cargo in good order and condition.

Complaint
1775758v.1

Case No.:

33. NYK negligently failed to ensure that container number NYKU4043191 and container number NYKU4810457 were delivered in a dry condition as required by the bills of lading and sea waybills.

34. NYK's negligence resulted in a loss of portions of the shipment containing dry goods suffered by Next Level and caused Underwriters to incur economic damages as subrogee of Next Level.

## FOURTH CLAIM

### (Declaratory Relief)

35. Underwriters adopts and incorporates by reference Paragraphs 1-34.

36. A dispute has arisen, and an actual controversy exists, between Plaintiff and Defendant, concerning the respective rights, duties and obligations of Plaintiff and Defendant with regard to the shipment of damaged goods and with regard to Underwriters' claim as subrogee of Next Level to seek reimbursement. Plaintiff respectfully requests a declaration of rights and duties of NYK as to Underwriters pursuant to 28 U.S.C. § 2201.

37. Underwriters is informed and believes, and thereon alleges that NYK denies any breach of duty on its part and further denies, by implication, that it is obligated to reimburse Underwriters for its coverage of the loss to Next Level regarding water damaged shipments.

WHEREFORE Underwriters seeks recovery as set forth in the Prayer for Relief of this Complaint.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Underwriters respectfully demands a jury on all triable issues.

## PRAYER FOR RELIEF

WHEREFORE, Underwriters, as subrogee of Next Level Apparel, demands:

1. Judgment in the sum of $122,310.93 be entered in favor of Underwriters together with interest and costs;

  2. Consequential damages resulting from NYK's failure to deliver the goods as promised;

  3. A declaration by the Court of the parties' respective rights and obligations pursuant to 28 U.S.C. § 2201; and

  4. Such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated:  August 3, 2015     **WILSON, ELSER, MOSKOWITZ,**
                 **EDELMAN & DICKER LLP**

               By:  /s/ *Peter M. Hughes*
                 Peter M. Hughes, Esq.
                 Patrick W. Berry, Esq.
                 Attorneys for Plaintiff
                 Certain Underwriters at Lloyds, London

Complaint                                            Case No.:
1775758v.1

# EXHIBIT A



NYK LINE
NIPPON YUSEN KAISHA

COPY NON NEGOTIABLE

SEA WAYBILL

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| NICA TRANSPORT (ASIMEX NICA-OPS)<br>ESTATUA MONTOYA 1 1/2 C. ARRIBA<br>MANAGUA, NICARAGUA<br>TEL: (505) 8904-5898<br>CTC: LAUREN FONSECA | 7300139082 | NYKS7300139082 |
| | EXPORT REFERENCES (for the merchant's and/or carrier's reference only. See back clause 8(1)(b))<br>SC1301712, SC1301712V38 | |

| CONSIGNEE | FORWARDING AGENT-REFERENCES<br>FMC NO |
|---|---|
| CAF WORLDWIDE INC.<br>154-09 146TH AVE.<br>JAMAICA, NY 11434<br>(718) 978-5858/(718) 527-1808<br>TORIE COLEMAN / NICOLE NAPOLITANO | |

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)

CAF WORLDWIDE INC.
154-09 146TH AVE.
JAMAICA, NY 11434
(718) 978-5858/(718) 527-1808
TORIE COLEMAN / NICOLE NAPOLITANO

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or package(s) said to contain the Goods, to be carried subject to all the terms and conditions herein.
Delivery of the Goods to the Carrier for Carriage hereunder constitutes the Merchant's acceptance of all the stipulations, exceptions, terms and conditions of this Bill as fully as if signed by him, any contrary local custom or privilege notwithstanding. This Bill supersedes all prior agreements or freight engagements for the Goods.
If required by the Carrier, this Bill (duly endorsed if it is negotiable) must be surrendered in exchange for the Goods or delivery order. Where issued as a Sea Waybill, this Bill is not negotiable or a document of title and delivery shall be made to the named consignee on production of such reasonable proof of identity as may be required by the Carrier.
In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha and the Vessel and/or her owner, has signed the number of Bills stated hereunder, all of this tenor and date. Where issued as a Bill of Lading, delivery may be made against only one original Bill in which case, the others shall stand void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT<br>MANAGUA | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG<br>ENA 113N | PORT OF LOADING<br>CORINTO | FINAL DESTINATION (for the Merchant's reference only) |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY<br>LOS ANGELES | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)<br>FCL / FCL        DOOR / CY |

( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL ) — PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H/M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| NYKU4043191 / NIS00001543 / | | | 1271 CARTONS    /FCL / FCL | /40HQ/13961.410KGS/ | |
| | 1271<br>CARTONS | | SLIM FIT V NECK S/S 100%<br>COTTON (STYLE 3200)<br>SLIM FIT S/S CREW 100% COTTON<br>(STYLE 3600)<br>MENS TANK TOP 100% COTTON<br>(STYLE 3633)<br>S/S CREW NECK TRIBLEND 50%<br>POLY / 25% COTTON / 25% RAYON<br>(STYLE 6010)<br>TRIBLEND DOLMAN 50% POLY / 25%<br>COTTON / 25% RAYON (STYLE<br>6760)<br>GIRLS L/S CREW NECK 100%<br>COTTON (STYLE 3711)<br>SPANDEX JERSEY TANK 57%<br>COTTON/ 38% POLY / 5% SPANDEX | 13961.410KGS<br>NET WEIGHT<br>13554.770KGS | 53.310CBM |
| | ** | | TO BE CONTINUED ON ATTACHED LIST ** | | |

Declared Cargo Value US$ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged

| FREIGHT & CHARGES PAYABLE AT / BY:<br>NEW YORK | SERVICE CONTRACT NO.<br>SC1301712 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [0] ORIGINAL BILL(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |

DATE CARGO RECEIVED
17 DEC 2013
DATE LADEN ON BOARD
18 DEC 2013
PLACE OF BILL(S) ISSUE
BOISE
DATED
18 DEC 2013

The printed terms and conditions on this Bill are available at its website at www.nykline.com.

SIGNED BY: NYK LINE (NORTH AMERICA) INC.
, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

COPY NON NEGOTIABLE

VESSEL VOYAGE: ENA 113W  
B/L NO.: NYKS7300139082

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H/M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | (STYLE 3533)<br>S/S CREW NECK 60% COTTON /40% POLY (STYLE 6210)<br>BOYS S/S CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6710)<br>JUNIOR TRIBLEND TANK TOP 50% POLY / 25% COTTON / 25% RAYON (STYLE 6733)<br>SLIM FIT L/S CREW 100% COTTON (STYLE 3601)<br>S/S SCOOP CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6730)<br>S/S V NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6740)<br>L/S SCOOP CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6731)<br><br>INVOICE<br>NCT-NL-835(918)<br>NCT-NL-836(919) | | |

OCEAN FREIGHT COLLECT  
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK ARTICLE 23(6)

SIGNED BY: NYK LINE (NORTH AMERICA) INC.  
, as agent for and on behalf of

NIPPON YUSEN KAISHA  
(NYK LINE), AS CARRIER

**NYK LINE**
NIPPON YUSEN KAISHA

COPY NON NEGOTIABLE

SEA WAYBILL

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| NICA TRANSPORT (ASIMEX NICA-OPS)<br>ESTATUA MONTOYA 1 1/2 C. ARRIBA<br>MANAGUA, NICARAGUA<br>TEL: (505) 8904-5898<br>CTC: LAUREN FONSECA | 7300139080 | NYKS7300139080 |
| | EXPORT REFERENCES (for the merchant's and/or carrier's reference only. See back clause 8(1)(b))<br>SC1301712, SC1301712V38 | |

| CONSIGNEE | FORWARDING AGENT-REFERENCES<br>FMC NO. |
|---|---|
| CAF WORLDWIDE INC.<br>154-09 146TH AVE.<br>JAMAICA, NY 11434<br>(718) 978-5858/(718) 527-1808<br>TORIE COLEMAN / NICOLE NAPOLITANO | |

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)

CAF WORLDWIDE INC.
154-09 146TH AVE.
JAMAICA, NY 11434
(718) 978-5858/(718) 527-1808
TORIE COLEMAN / NICOLE NAPOLITANO

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or package(s) said to contain the Goods, to be carried subject to all the terms and conditions herein.
Delivery of the Goods to the Carrier for Carriage hereunder constitutes the Merchant's acceptance of all the stipulations, exceptions, terms and conditions of this Bill as fully as if signed by him, any contrary local custom or privilege notwithstanding. This Bill supersedes all prior agreements or freight engagements for the Goods.
If required by the Carrier, this Bill (duly endorsed if it is negotiable) must be surrendered in exchange for the Goods or delivery order. Where issued as a Sea Waybill, this Bill is not negotiable or a document of title and delivery shall be made to the named consignee on production of such reasonable proof of identity as may be required by the Carrier.
In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha and the Vessel and/or her owner, has signed the number of Bills stated hereunder, all of this tenor and date. Where issued as a Bill of Lading, delivery may be made against only one original Bill in which case, the others shall stand void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | MANAGUA |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION (for the Merchant's reference only) |
|---|---|---|
| ENA 113W | CORINTO | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| LOS ANGELES | LOS ANGELES | FCL / FCL | DOOR / CY |

( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL )   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H/M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| NYKU4810457 / NIS00001705 / | | | 1375 CARTONS    /FCL / FCL | /40HQ/14227.630KGS/ | |
| | 1375<br>CARTONS | | 1375 CTNS (97,976PCS)<br>SLIM FIT S/S CREW 100% COTTON<br>(STYLE 3600)<br>S/S CREW NECK TRIBLEND 50%<br>POLY / 25% COTTON / 25% RAYON<br>(STYLE 6010)<br>BASIC JR. CREW NECK S/S TEE<br>100% COTTON (STYLE 3900)<br>TRIBLEND DOLMAN 50% POLY / 25%<br>COTTON / 25% RAYON (STYLE 6760)<br>GIRLS S/S CREW NECK 100%<br>COTTON (STYLE 3710)<br>SPANDEX JERSEY TANK 57%<br>COTTON/ 38% POLY / 5% SPANDEX | 14227.630KGS<br>NET WEIGHT<br>13813.230KGS | 57.770CBM |
| | ** | TO | BE CONTINUED ON ATTACHED LIST  ** | | |

Declared Cargo Value US$ _____.   If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY:<br>NEW YORK | | | SERVICE CONTRACT NO.<br>SC1301712 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [0] ORIGINAL BILL(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | | |

DATE CARGO RECEIVED
17 DEC 2013
DATE LADEN ON BOARD
18 DEC 2013
PLACE OF BILL(S) ISSUE
BOISE
DATED
18 DEC 2013

The printed terms and conditions on this Bill are available at its website at www.nykline.com.

SIGNED BY: NYK LINE (NORTH AMERICA) INC.
, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

COPY NON NEGOTIABLE

VESSEL VOYAGE: ENA 113W

B/L NO.: NYKS7300139080

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H/M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | (STYLE 3533) S/S CREW NECK 60% COTTON /40% POLY (STYLE 6210) BOYS S/S CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6710) JUNIOR TRIBLEND TANK TOP 50% POLY / 25% COTTON / 25% RAYON (STYLE 6733) S/S SCOOP CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6730) S/S V NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6740) BOYS S/S CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6310) INVOICE NCT-NL-831(914) NCT-NL-832(915) | | |

OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK ARTICLE 23(6)

SIGNED BY. NYK LINE (NORTH AMERICA) INC.
, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

# EXHIBIT B

Case 2:15-cv-05841-SS   Document 1   Filed 08/03/15   Page 14 of 15   Page ID #:14

# NICATRANSPORT GROUP

**COMBINED TRANSPORT BILL OF LADING**

| SHIPPER/EXPORT | DOCUMENT NO. | B/L NUMBER |
|---|---|---|
| NCT SA<br>PARQUE INDUSTRIAL LAS MERCEDES MODULO # 37-38<br>KM 12 1/2 CARRTERA NORTE<br>MANAGUA, NICARAGUA<br>TELF (505) 2 - 233 - 2438 / 33 | NYK57300139082 | NT-AG-2013-331 |
| | EXPORT REFERENCE | |
| | NCT NL - 835(918)  /  NCT NL - 836(919) | |
| CONSIGNEE<br>YS GARMENT INC. DBA NEXT LEVEL APPAREL<br>15730 SOUTH FIGUEROA STREET<br>GARDENA, CA 90248<br>PH: (310)631-4955 | FORWARDING AGENT REFERENCES<br>NICATRANSPORT GROUP /(ASIMEX NICA-OPS)<br>PH : 2254-5566 /CEL : 505 8904 5898<br>MANAGUA , NICARAGUA /CTC : LAUREN FONSECA | |
| | POINT AND COUNTRY OF ORIGIN<br>MANAGUA , NICARAGUA | |
| NOTIFY PARTY<br>CAF WORLDWIDE INC.<br>154-09 146th Ave<br>Jamaica, NY 11434<br><br>PH: (718)978-5858 | DOMESTIC ROUTING/EXPORT INSTRUCTIONS<br>PLEASE ALSO NOTIFY<br>CAF WORLDWIDE INC.<br>154-09 146th Ave<br><br>Jamaica, NY 11434<br>PH: (718)978-5858<br>ATN: TORIE /NICOLE | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT<br>MANAGUA, NICARAGUA | |
| OCEAN VESSEL VOYAGE<br>NYK ENA V-113 | PORT OF LOADING<br>CORINTO , NIC | FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY) |
| PORT OF DISCHARGE<br>LOS ANGELES ,CA | PLACE OF DELIVERY<br>LOS ANGELES , CA | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO. OF CONT OR OTHER PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| AS ADDRESSED<br>MANAGUA, NIC<br><br>1X40HC<br>CONTAINER No.<br>NYKU - 404319-1<br><br>SEAL NO.<br>NIS 00001543<br><br>MERCHANDISE<br>ORIGEN OF NICARAGUA | 1,269<br>CTNS | DRY CONTAINER SAID TO CONTAIN:<br>SHIPPER'S LOAD & COUNT & SEALED<br><br>SLIM FIT V NECK S/S 100% COTTON (STYLE 3200)<br>SLIM FIT S/S CREW 100% COTTON (STYLE 3600)<br>MENS TANK TOP 100% COTTON (STYLE 3633)<br>S/S CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6010)<br>TRIBLEND DOLMAN 50% POLY / 25% COTTON / 25% RAYON (STYLE 6760)<br>GIRLS L/S CREW NECK 100% COTTON (STYLE 3711)<br>SPANDEX JERSEY TANK 57% COTTON/ 38% POLY / 5% SPANDEX (STYLE 3533)<br>S/S CREW NECK 60% COTTON /40% POLY (STYLE 6210)<br>BOYS S/S CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6710)<br>JUNIOR TRIBLEND TANK TOP 50% POLY / 25% COTTON / 25% RAYON (STYLE 6733)<br>SLIM FIT L/S CREW 100% COTTON (STYLE 3601)<br>S/S SCOOP CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6730)<br>S/S V NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6740)<br>L/S SCOOP CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6731)<br><br>DIFERENTS COLOURS AND SIZES<br>TOTAL: 1,269 CTNS (89,707 PCS )<br>INVOICE No NCT NL - 835(918)  /  NCT NL - 836(919)<br><br>SAY : 1X40'HC ONE CONTAINER ONLY<br>SEA WAY BILL | 13,961.41 KG | 53.31 CBM |

" FREIGHT COLLECT"
"EXPRESS RELEASE."

LADEN ON BOARD
DIC 17TH, 2013
NYK ENA V-113

| FREIGHT AND CHARGES<br>REVENUE TONS RATE | PREP | COLL | |
|---|---|---|---|
| OCEAN FREIGHT COLLECT<br>AS ARRANGED | | | Received by the Carrier from the shipper in apparent good order and condition unless otherwise indicated herein, the goods, or the container(s) or package(s) said to contain the cargo herein mentioned, to be carried subject to all the terms and conditions provided for on the face and back of this Bill of Lading by the vessel named herein or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered unto order or assigns<br>In accepting this Bill of Lading, The Merchant agrees to be bound by all the stipulations, exceptions, terms and conditions on the face and back hereof, whether written, typed, stamped or printed, as fully as if signed by the Merchant, and local custom or privilege to the contrary notwithstanding, and agrees that all agreements or freight engagements for and in connection with the carriage of the goods are superseded by this Bill of Lading<br>In witness whereof, the undersigned, on behalf of CAF WORLDWIDE INC has signed three (3) Bill(s) of Lading stated above, all of this tenor and date, one of which being accomplished, the others to stand void. |

| B/L NO<br>NYKS7300139082<br>12/12/2013<br>DATE & PLACE ISSUED | BY<br><br>BY | **NICATRANSPORT GROUP**<br>AS AGENT FOR NYK LINE SERVICES<br>SERVICE CARRIER<br>AUTHORIZED REPRESENTATIVE OF CARRIER |
|---|---|---|

# NICATRANSPORT GROUP

**COMBINED TRANSPORT BILL OF LADING**

| SHIPPER/EXPORT | | DOCUMENT NO. | B/L NUMBER |
|---|---|---|---|
| NCT SA<br>PARQUE INDUSTRIAL LAS MERCEDES MODULO # 37-38<br>KM 12 1/2 CARRTERA NORTE<br>MANAGUA, NICARAGUA<br>TELF (505) 2 - 233 - 2438 / 33 | | NYKS7300139080 | NT-AG-2013-329 |
| | | EXPORT REFERENCE | |
| | | NCT NL - 831(914) / NCT NL - 832(915) | |
| CONSIGNEE<br>YS GARMENT INC. DBA NEXT LEVEL APPAREL<br>15730 SOUTH FIGUEROA STREET<br>GARDENA, CA 90248<br>PH: (310)631-4955 | | FORWARDING AGENT REFERENCES<br>NICATRANSPORT GROUP /(ASIMEX NICA-OPS)<br>PH : 2254-5566 /CEL : 505 8904 5898<br>MANAGUA , NICARAGUA /CTC : LAUREN FONSECA | |
| | | POINT AND COUNTRY OF ORIGIN<br>MANAGUA , NICARAGUA | |
| NOTIFY PARTY<br>CAF WORLDWIDE INC.<br>154-09 146th Ave<br>Jamaica, NY 11434<br><br>PH: (718)978-5858 | | DOMESTIC ROUTING/EXPORT INSTRUCTIONS<br>PLEASE ALSO NOTIFY<br>CAF WORLDWIDE INC.<br>154-09 146th Ave<br><br>Jamaica, NY 11434<br>PH: (718)978-5858<br>ATN: TORIE /NICOLE | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT<br>MANAGUA, NICARAGUA | | |
| OCEAN VESSEL/VOYAGE<br>NYK ENA V-113 | PORT OF LOADING<br>CORINTO , NIC | FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY) | |
| PORT OF DISCHARGE<br>LOS ANGELES ,CA | PLACE OF DELIVERY<br>LOS ANGELES , CA | | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO. OF CONT OR OTHER PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| AS ADDRESSED<br>MANAGUA, NIC<br>1X40HC<br>CONTAINER No.<br>NYKU - 481045-7<br>SEAL NO.<br>NIS 00001705<br>MERCHANDISE<br>ORIGEN OF NICARAGUA | 1,375<br>CTNS | DRY CONTAINER SAID TO CONTAIN:<br>SHIPPER'S LOAD & COUNT & SEALED<br><br>SLIM FIT S/S CREW 100% COTTON (STYLE 3600)<br>S/S CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6010)<br>BASIC JR. CREW NECK S/S TEE 100% COTTON (STYLE 3900)<br>TRIBLEND DOLMAN 50% POLY / 25% COTTON / 25% RAYON (STYLE 6760)<br>GIRLS S/S CREW NECK 100% COTTON (STYLE 3710)<br>SPANDEX JERSEY TANK 57% COTTON/ 38% POLY / 5% SPANDEX (STYLE 3533)<br>S/S CREW NECK 60% COTTON /40% POLY (STYLE 6210)<br>BOYS S/S CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6710)<br>JUNIOR TRIBLEND TANK TOP 50% POLY / 25% COTTON / 25% RAYON (STYLE 6733)<br>S/S SCOOP CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6730)<br>S/S V NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6740)<br>BOYS S/S CREW NECK TRIBLEND 50% POLY / 25% COTTON / 25% RAYON (STYLE 6310)<br><br><br>DIFERENTS COLOURS AND SIZES<br>TOTAL : 1,375 CTNS (97,976 PCS )<br>INVOICE No  NCT NL - 831(914) /  NCT NL - 832(915)<br><br>SAY : 1X40'HC ONE CONTAINER ONLY<br>SEA WAY BILL | 14,227.63 KG | 57.77 CBM |

" FREIGHT COLLECT"
"EXPRESS RELEASE "

LADEN ON BOARD
DIC 17TH, 2013
NYK ENA V-113

| FREIGHT AND CHARGES | REVENUE TONS RATE | PREP | COLL | Received by the Carrier from the shipper in apparent good order and condition unless otherwise indicated herein, the goods, or the container(s) or package(s) said to contain the cargo herein mentioned, to be carried subject to all the terms and conditions provided for on the face and back of this Bill of Lading by the vessel named herein or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered unto order or assigns.<br><br>In accepting this Bill of Lading, The Merchant agrees to be bound by all the stipulations, exceptions, terms and conditions on the face and back hereof, whether written, typed, stamped or printed, as fully as if signed by the Merchant, and local custom or privilege to the contrary notwithstanding, and agrees that all agreements or freight engagements for and in connection with the carriage of the goods are superseded by this Bill of Lading<br><br>In witness whereof, the undersigned, on behalf of CAF WORLDWIDE INC has signed three (3) Bill(s) of Lading stated above, all of this tenore and date, one of which being accomplished, the others to stand void. |
|---|---|---|---|---|
| OCEAN FREIGHT COLLECT<br>AS ARRANGED | | | | |

| B/L NO<br>NYKS7300139080<br>10/12/2013<br>DATE & PLACE ISSUED | BY<br><br>BY | **NICATRANSPORT GROUP**<br>AS AGENT FOR NYK LINE SERVICES<br>SERVICE CARRIER<br>AUTHORIZED REPRESENTATIVE OF CARRIER |
|---|---|---|